UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMED SY and
DOSHAUN EDWARDS,

      Plaintiffs,                                       Case No. 18-10458

v.                                                   Honorable Nancy G. Edmunds

OAKLAND PHYSICIAN MEDICAL
CENTER, LLC d/b/a PONTIAC GENERAL
and SANYAM SHARMA,

      Defendants.
_____/

## JUDGMENT

In accordance with the Court's opinion and order entered this date,

IT IS ORDERED AND ADJUDGED that Defendants' motion to dismiss is GRANTED, and this case is hereby DISMISSED WITHOUT PREJUDICE.

     SO ORDERED.

                                                 s/Nancy G. Edmunds
                                                 Nancy G. Edmunds
                                                 United States District Judge

Dated: October 18, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 18, 2021, by electronic and/or ordinary mail.

                                                 s/Lisa Bartlett
                                                 Case Manager